HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

    Petitioner,

v.

LONNY R SUKO,

    Respondent.

CASE NO. C15-5657 RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge David W. Christel's Report and Recommendation [Dkt. #8], recommending that the Court DISMISS WITHOUT PREJUDICE Petitioner Talley's federal habeas Petition [Dkt. #1]. Petitioner Talley has filed a host of additional motions, but has not directly responded on the merits.

The Report and Recommendation is ADOPTED.

Petitioner Talley's Federal Habeas Petition is DISMISSED WITHOUT PREJUDICE, for the reasons outlined in the Report.

ALL other pending motions [Dkt. #s 10, 11, 12, 13, 14, 15 and 16] are DENIED as moot.

ORDER - 1

1     The Clerk shall send copies of this Order to the parties and to the Hon. David W. Christel.

3     IT IS SO ORDERED.

4     Dated this 19th day of October, 2015.

                                            Ronald B. Leighton
                                            United States District Judge